UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKRAM SINGH, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ADOBE INC.,<br><br>    Defendant. | Case No. 24-cv-03980-JSC<br><br>**ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND**<br><br>Re: Dkt. No. 46 |

In light of the Court's order compelling arbitration as to the claims of two of the three plaintiffs, and as discussed at oral argument on July 30, 2025, Plaintiff Singh is granted leave to amend his claims against Defendant.  The amended claims should allege facts that plausibly support a violation of each separate statutory provision Mr. Singh alleges Defendant violated applying the version of the statute in place at the time of Mr. Singh's contract, or a subsequent version if Plaintiff contends it applies retroactively.  For example, at oral argument there was discussion about how although Plaintiff alleges Defendant violated California Business and Professions Code § 17602(a)(3) (Dkt. No. 38 at ¶ 58), Plaintiff does not dispute he was provided with an email acknowledgement—"a manner that is capable of being retained by the consumer."  Any amended complaint shall be filed by August 29, 2025.

This Order disposes of Docket No. 46.

**IT IS SO ORDERED.**

Dated: August 1, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge