**GUCOVSCHI LAW FIRM, PLLC.**
Adrian Gucovschi (State Bar No. 360988)
140 Broadway, Fl. 46
New York, NY 10005
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gucovschilaw.com

*Attorney for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKRAM SINGH, FRANK NUNEZ, and ASHLEY BROOKE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADOBE, INC.,<br><br>Defendant. | Case No. 3:24-cv-03980-JSC<br><br>**NOTICE OF FIRM NAME CHANGE** |

**TO ALL PARTIES HEREIN, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that Adrian Gucovschi of Gucovschi Rozenstheyn, PLLC, now works under a new firm name with an updated email address notated below:

**Gucovschi Law Firm, PLLC**
**adrian@gucovschilaw.com**

The telephone number, address, and all other contact information remain unchanged. Gucovschi Law Firm, PLLC, with co-counsel of record, will continue to represent Plaintiffs in this action.

Dated: September 29, 2025       Respectfully submitted,

**GUCOVSCHI LAW FIRM, PLLC.**

By:   */s/ Adrian Gucovschi*
Adrian Gucovschi (State Bar No. 360988)
140 Broadway, Fl. 46
New York, NY 10005
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gucovschilaw.com

*Attorney for Plaintiffs*

NOTICE OF FIRM NAME CHANGE                                                    1