# Farris Exhibit B

Arnold & Porter

**Joseph Farris**
+1 415.471.3454 Direct
Joseph.Farris@arnoldporter.com

April 10, 2026

**VIA EMAIL**

Naomi Hutchinson
Nhutchinson@jamsadr.com
Senior Mass Arbitration Practice Specialist
JAMS

*Re: JAMS Ref. 1601005574: Frank Nunez and Ashley Brooke*

Dear Ms. Hutchinson,

We write on behalf of Adobe, Inc. ("Adobe") concerning the above-reference action.

On December 22, 2025, 419 claimants filed a set of nearly identical arbitration Demands with JAMS in this action. On February 10, 2026, at Adobe's request, JAMS administratively closed all 419 case files.

By this letter, Adobe withdraws its request to close the arbitration case files of two of the 419 claimants: **Frank Nunez** and **Ashley Brooke**. Adobe requests that JAMS reopen their case files, at which time Adobe will pay any invoices JAMS issues with respect to them and respond to their previously-filed Demands. For avoidance of doubt, Adobe is not withdrawing its prior position as to any of the other 417 claimants whose Demands were included under this case number.

Sincerely,

*/s/ Joseph Farris*
Joseph Farris

Cc: Counsel for Claimaints Frank Nunez and Ashley Brooke (mdweck@labaton.com; jwaisnor@labaton.com; efreiman@labaton.com; jgardner@labaton.com; ytsoy@labaton.com; jwilner@bursor.com)